IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARSHALL H. FOSTER, JR.,           ) | |
|                                    ) | |
| Plaintiff,       ) | |
|                                    ) | |
| v.                                 ) | CIVIL ACTION NO. 3:05cv776-SRW |
|                                    ) | WO |
| JO ANNE B. BARNHART,               ) | |
| Commissioner of Social Security,   ) | |
|                                    ) | |
| Defendant.       ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's motion to amend plaintiff's brief (Doc. # 14) filed January 18, 2006, and for good cause, it is

ORDERED that the motion to amend be and hereby is GRANTED. The Commissioner may file a response to the amended brief on or before February 2, 2006, but is not required to do so.

Done, this 19th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE