IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| MARSHALL H. FOSTER, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-776-MEF |
| | )           WO |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #18) to the Recommendation of the Magistrate Judge (Doc. #17) filed on December 21, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on December 7, 2006 is adopted;

3. The decision of the Commissioner is REVERSED and the case is REMANDED to the Commissioner for further proceedings consistent with the Recommendation of the Magistrate Judge.

DONE this the 10th day of January, 2007.

                                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE